JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA VILLASENOR, *individually and as guardian ad litem for "OT"*<br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER LESTER LOPEZ, OFFICER ANNETTE RENTERIA and Los Angeles Police Department, *individually and in their official capacities* and DOES 1 through 10, inclusive]<br><br>Defendants | CASE NO.: **CV17-03612 JFW(GJSx)**<br><br>**ORDER RE STIPULATION FOR ORDER DISMISSING PLAINTIFF'S FEDERAL CAUSES OF ACTION AND REMANDING THE CASE TO STATE COURT** |

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that Plaintiffs federal causes of action identified as follows: (1) First Cause of Action for Violation of 42 U.S.C. §1983: Fourth, Fifth and Fourteenth Amendment Violations; (2) Second Cause of Action for Monell Allegations; (3)

1
ORDER

Third Cause of Action for violation of 42 U.S.C. §1985; (4) Fourth Cause of Action for violation of 42 U.S.C. §1985 ". Pursuant to 28 U.S.C. §1367, it is fully ordered that Plaintiffs shall have 30 days from the entry date of this order to re-file the matter in the California Superior Court.

As such, the parties, through their attorneys of record, respectfully request that this court issue an order permitting Plaintiffs to dismiss the above federal causes of action as against all defendants and permit plaintiffs to re-file the case in the California Superior Court within thirty (30) days of the entry of said order.

   IT IS SO ORDERED

Dated: March 28, 2018                    _____
                                          Hon. John F. Walter